1IN THE FEDERAL DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Annie Cheng | : NO. 26-CV- |
| 3161 S. Uber St. | : :|
| Philadelphia, PA 19145 | : |
| v. | : |
| Sophia Marrone | : |
| 7 Normandy Rd. | : |
| Marlton, NJ 08053 | : |
| AND | : |
| JOHN DOES 1-10 | : |

COMPLAINT

A. Introduction

This is a personal injury action brought by Plaintiff, Annie Cheng, for injuries received in a motor vehicle collision with a motor vehicle driven by Defendant Sophia Marrone and/or John Does 1-10.

B. Jurisdiction/Venue/Jury

Venue is proper in Pennsylvania under 28 U.S.C. §1391. Jurisdiction is founded in diversity between Plaintiff, a citizen of Pennsylvania, and Defendant, a citizen of New Jersey, and is thus proper under 28 U.S.C. §1332. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332. A jury trial is demanded.

C. Factual allegations

1. Plaintiff, Annie Cheng, is presently and at all times pertinent hereto a citizen of Pennsylvania residing at the above-referenced address.

2. Defendant, Sophia Marrone, is and at all times pertinent hereto a citizen of New Jersey residing at the above-referenced address.

3. The John Doe Defendants are brought pursuant to FRCP 15 and Pennsylvania Rule of Civil Procedure 2005, relating to Defendants who cannot be identified despite investigation at time of suit.

4. On or about January 23, 2025, at approximately 7:30pm, Plaintiff Cheng was the driver of a motor vehicle traveling northbound on Broad Street at its intersection with Pattison Avenue in Philadelphia, Pennsylvania, having made a lawful left turn on a lighted green arrow from Broad to Pattison, when Defendant, Sophia Marrone, traveling southbound on Broad Street, ran the red light, striking Plaintiff's vehicle with such force that her airbags deployed, causing her the serious personal injuries and property damages set forth below.

**Count One**
**Negligence**

5. Plaintiffs restate the preceding paragraphs, 1-5, as if they were here set forth in full.

6. The aforesaid accident was due to the carelessness and negligence of the Defendants, such carelessness and negligence consisting, but not limited to, the following:

a) operating said motor vehicle at an excessive rate of speed;

b) failing to have said motor vehicle under proper and adequate control for conditions;

c) operating and/or maintaining and/or servicing the said vehicle without due regards of the rights, safety and position of the Plaintiff(s) at the point aforesaid;

d) failing to give proper and sufficient warning of the vehicle's approach;

e) negligence per se in violation of 75 Pa.C.S. §3112 (failure to obey traffic light)

f) negligence per se in violation of 75 Pa.C.S. §3714 (careless driving)

g) failing to keep a proper lookout;

h) failing to use due care and control in the operation of said motor vehicle;

i) if Defendant was on the telephone at the time of the accident, Plaintiff reserves the right to amend to include recklessness and punitive damages.

7. As Defendant Wise had New Jersey license plates, the case is subject to full tort under 75 Pa.C.S. §1705.

8. Liability is not a contested matter in this case, and Defendant will not be presenting a valid defense to the liability portion of this case.

D. Damages

9. By reason of the aforesaid accident, Plaintiff, Annie Cheng, suffered severe personal and bodily injuries to her neck, and left shoulder, including but not limited to sprain and strain of cervical spine with herniations at C3-4 and C4-5 and other injuries, both known and unknown, some of which may constitute aggravations of prior injuries, and all of which have caused her great pain and suffering and agony, and will continue to cause such pain, suffering and agony into the future, as well as a loss of earnings and earning capacity.

10. As a further result of the aforesaid accident and injuries, the plaintiff has suffered permanent injury and disability, as well as embarrassment, humiliation and loss of life's pleasures.

11. As a result of the aforesaid injuries, Plaintiff, Annie Cheng, was obliged to incur various reasonable and necessary medical and other expenses in treating herself for the aforesaid injuries and may continue to incur same in the future, to his great detriment and loss.

12. As a result of the aforesaid accident, the Plaintiff may have been caused to incur substantial wage loss to her great financial detriment and harm.

13. Plaintiff was obliged to spend funds for the repair of her motor vehicle.

WHEREFORE, Plaintiff Annie Cheng demands judgment against Defendant Sophia Marrone, and requests damages be awarded in an amount in excess of $75,000, together with court costs and interest.

Respectfully Submitted,

/s

ELI GABAY, ESQUIRE
PA ID#39983
LIONEL ARTOM-GINZBURG, ESQUIRE
PA ID#88644
For Annie Cheng, Plaintiff
8 Penn Center, Suite 2200
1628 JFK Boulevard
Philadelphia, PA 19103
(215) 568-1088
(215) 665-8471 FAX

September 29, 2026